# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARY WAMBAIRE WANJOHI,** | |
| **Plaintiff,** | CASE NO. 4:24-cv-06940-YGR |
| vs. | |
| **ALEJANDRO MAYORKAS, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.,** | **ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES** |
| **Defendants.** | |

The parties have informed the Court that the United States Citizenship and Immigration Services ("USCIS") has scheduled an interview to take place on February 11, 2025, and seek a stay of this action until May 12, 2025, at which point they would update the Court as to next steps. (Dkt. No. 9.) Given the procedural posture, **IT IS HEREBY ORDERED** that the instant case is **CLOSED** for statistical purposes only.

Nothing contained in this order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered. Within 30 (thirty) days of the resolution of the administrative process, the parties shall contact this Court and advise whether the case should be terminated and/or other actions which should be taken.

This terminates Dkt. No. 9.

**IT IS SO ORDERED.**

Dated: January 17, 2024

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE